UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRYKER EMPLOYMENT COMPANY, LLC,

        Plaintiff,

v.

DANIEL GALAN,

        Defendant.

C23-1610 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Plaintiff Stryker Employment Company, LLC's Status Report, docket no. 14, indicating that the parties have not complied with the Order Requiring Joint Status Report, *see* docket no. 10, the parties are ORDERED to meet and confer and submit a Joint Status Report no later than January 12, 2024.  The Joint Status Report must fully comply with the requirements of docket no. 10.  Failure to comply with this Minute Order will result in the Court *sua sponte* entering a scheduling order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of January, 2024.

                                  Ravi Subramanian
                                  Clerk

                                  s/Laurie Cuaresma
                                  Deputy Clerk

MINUTE ORDER - 1