UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STRYKER EMPLOYMENT COMPANY, LLC,

    Plaintiff,

v.

DANIEL GALAN,

    Defendant.

C23-1610 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for extension of time to complete discovery, docket no. 20, is GRANTED.[1] The Court finds that good cause exists for a 60-day extension of the discovery cutoff and MODIFIES the scheduling order as follows:

| | |
|---|---|
| Discovery completed by | October 21, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | November 18, 2024 |

---

[1] Because the parties have failed to address the relevant standards, *see* Fed. R. Civ. P. 37, the Court declines to rule at this time on Plaintiff's request to compel Defendant to produce certain discovery.

MINUTE ORDER - 1

| | | |
|---|---|---|
| All motions related to expert witnesses (e.g., a Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | November 25, 2024 |
| All motions in limine should be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference. (See LCR 7(d)(4)) | February 14, 2025 |
| Trial Briefs and Agreed Pretrial Order | April 18, 2025 |
| Proposed Findings of Fact and Conclusions of Law, and designations of deposition testimony pursuant to CR32(e) due | April 25, 2025 |
| Pretrial conference to be held at **10:00 AM** on | May 2, 2025 |
| **BENCH TRIAL DATE** | **MAY 12, 2025** |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of August, 2024.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk